In the Matter of THE NORTH AMERICAN CEMENT CORPORATION, Appellant, against MARK GRAVES et al., Constituting the State Tax Commission of the State of New York, Respondents.

(Argued October 7, 1935; decided November 19, 1935.)

*Charles J. Tobin* and *Leland L. Tolman* for appellant.
*John J. Bennett, Jr., Attorney-General (Wendell P. Brown* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: CRANE, Ch. J., O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.   Not sitting: LEHMAN, J.